IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Petitioner, | § § § |
| v. | § Civil Action No. 3-10-CV-1880L |
| CRISTOBAL RIOS, | § § § |
| Respondent, | § |

### PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America applies for an Order requiring Cristobal Rios to appear, give testimony, and produce certain books, records and papers on his tax liabilities, as more fully set out in the attached Exhibit A. On May 11, 2010, Revenue Agent John Bealle, an authorized delegate of the Secretary of the Treasury and of the Commissioner of Internal Revenue, issued a summons to Cristobal Rios under Section 7602 of the Internal Revenue Code, and the United States seeks enforcement of that summons.

**I.**

Cristobal Rios resides at 3603 Texas Drive, Dallas, Texas 75211.

**II.**

This Court has jurisdiction under Section 7604(a) of the Internal Revenue Code, 26 U.S.C. § 7604(a).

**III.**

On May 11, 2010, Revenue Agent John Bealle served a summons on Cristobal Rios leaving an attested copy of the summons with Mr. Rios' wife, Margarita Rios, at their last and usual place of abode, as authorized by Section 7603 of the Internal Revenue Code. The summons required Cristobal Rios to appear, give testimony, and produce certain books, records and papers on his tax liabilities and/or the collection of his tax liabilities at 4050 Alpha Road, MC 5330 NDAL, Dallas, Texas, 75244 on June 2, 2010 at 8:30 a.m.

**IV.**

Cristobal Rios did not comply with the requirements of the summons.

**V.**

Before issuing the summons, representatives of the Internal Revenue Service attempted to secure information from Cristobal Rios with which to determine his federal income tax liabilities for the 2007, 2008, and 2009 tax years. Cristobal Rios refused to produce that information. The summons was therefore issued under Section 7602 of the Internal Revenue Code. Cristobal Rios has refused to comply with the summons to date.

**VI.**

Attached as Exhibit B is the Declaration of Revenue Agent John Bealle, attesting to the facts recited herein and showing that, upon information and belief, the documents and testimony sought are relevant and necessary to properly investigate and determine the federal tax liabilities of Cristobal Rios for 2007, 2008, and 2009 tax years.

**VII.**

The summons that is the subject matter of this action was issued for a legitimate purpose under the Internal Revenue Code, seeks information relevant for that purpose,

and seeks testimony and documents not presently in the possession of the Internal Revenue Service. The summons was issued in compliance with all applicable statutes, rules and regulations. There is no "Justice Department referral," as that term is defined in 26 U.S.C. § 7602(d), in effect on Cristobal Rios concerning the summons for the tax years in question.

The United States of America respectfully requests:

(a) That this Court issue an order directing Cristobal Rios to appear before this Court at a time fixed by the Court to show cause, if any, why an order should not issue directing Cristobal Rios to appear before an officer of the Internal Revenue Service at a specified time and place and to give the testimony and produce the records requested in the summons for inspection and copying.

(b) That at the time of the show cause hearing, the Court issue an order directing Cristobal Rios to appear before an officer of the Internal Revenue Service at a specified time and place and that Cristobal Rios be required to give the testimony and produce the records requested in the summons.

(c) That the Order to Show Cause provide that service of the order, together with a copy of this Petition and the attached Exhibits thereto, be made by an agent of the Internal Revenue Service.

(d)  That the United States have its costs of suit and all other and further relief as may be necessary or appropriate.

        Respectfully submitted,

        JAMES T. JACKS,
        United States Attorney

        */s/ Adam L. Flick*
        ADAM L. FLICK
        Special Assistant U.S. Attorney
        State Bar No. 24042617
        4050 Alpha Road, 13th Floor
        MC 2000NWSAT
        Dallas, Texas  75244
        Tel.:  (972) 308-7947
        Fax:  (972) 308-7960
        ATTORNEY FOR PETITIONER



# Summons

In the matter of  Cristobal Rios  SSN 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 & Margarita Rios  SSN 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
Internal Revenue Service (Division):  Small Business / Self-Employed (SBSE)
Industry/Area (name or number):  Gulf States; Territory 3; Group 5 Exam 1163
Periods:  For the Year Ended December 31, 2007; For the Year Ended December 31, 2008; and For the Year Ended December 31, 2009

### The Commissioner of Internal Revenue

To:  Cristobal Rios

At:  3603 Texas Drive; Dallas, Texas 75211

You are hereby summoned and required to appear before  John Bealle or his designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Receipts, summary sheets, workpapers, and any other documents provided to your tax return preparer for preparation of your 2007, 2008, and 2009 individual income tax returns, Forms 1040.

Schedules, summary sheets, workpapers, and any other documents that your tax return preparer provided to you during the preparation of your 2007, 2008, and 2009 individual income tax returns, Forms 1040.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
4050 Alpha Rd.; MC 5330 NDAL; Dallas, TX 75244          (972) 308-1154

**Place and time for appearance at** 4050 Alpha Road; Dallas, TX 75244

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

on the __2nd__ day of __June__, __2010__ (year) at __8:30__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __11th__ day of __May__, __2010__ (year).

_John Bealle_
Signature of issuing officer — Revenue Agent — Title

_Donnell Dickison_
Signature of approving officer (if applicable) — Group Manager — Title

**Original** — to be kept by IRS

Exhibit - A



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 5/11/2010 | 10:45 AM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): MARGARITA RIOS

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Cristobal Rios 3603 Texas Drive; Dallas, Texas 75211

| Signature | Title |
|---|---|
| John Bealle | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 5/11/2010        Time: 10:45 AM

Name of Noticee: Cristobal Rios

Address of Noticee (if mailed): 3603 Texas Drive; Dallas, Texas 75211

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☒ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any). MARGARITA RIOS

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| John Bealle | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form 2039 (Rev. 12-2008)

## DECLARATION

John Bealle declares:

1. I, John Bealle, am a duly commissioned Revenue Agent employed in the Small Business/Self-Employed Division of Group 1163 in Territory 3 of the Internal Revenue Service at 4050 Alpha Road, Dallas, TX.

2. In my capacity as a Revenue Agent, I am conducting an investigation for the purpose of ascertaining the income tax liability of Cristobal & Margarita Rios for the years ending December 31, 2007 and December 31, 2008 and December 31, 2009.

3. As part of the above investigation and in furtherance thereof, pursuant to 26 U.S.C.§7602, on May 11, 2010, I issued an Internal Revenue Service Summons, Internal Revenue Service Form 2039, to Cristobal Rios directing him to appear before me on June 2, 2010, to testify and to produce for examination books, papers, records or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with 26 U.S.C.§7603, on May 11, 2010, I served an attested copy of the Internal Revenue Service summons described in Paragraph 3 above on Cristobal Rios by handing it to Margarita Rios.

5. On May 24, 2010, certified mail package was received in name of Cristobal and Margarita Rios. Included in the package was a partially completed Form 2848 completed by Cristobal and Margarita Rios' return preparer, Mr. Joesph

Exhibit - B

Rivas, who indicated he was CPA in section 2 of the Form 2848. Also included was a schedule of items deducted on Cristobal and Margarita's Rios' return but no documentation for said expenses, with many appearing to be nondeductible items with no explanation of why they would be deductible expenses.

6. On May 25, 2010, I sent a certified mail response to a package received on May 24, 2010 informing Cristobal Rios that the information received was not sufficient and that he was still required to appear on June 2, 2010 per summons delivered May 11, 2010. The response also explained that he could have a representative but needed to fill out a complete Form 2848 and have a valid representative, with review of Texas State Board of Public Accountancy indicating Mr. Rivas was not a valid CPA. The response detailed that in the event he chooses to have a representative, he could bring the completed form to his appointment but that he would still be required to appear in addition to the representative in order to comply with the summons.

7. On June 2, 2010, Cristobal Rios did not appear in response to the summons. Cristobal Rios refusal to comply with the summons continues to the date of this Declaration.

8. It is relevant and necessary to examine the books, records, and other papers demanded by the summons and to take the testimony in respect thereof in order to properly investigate the income tax liability of Cristobal & Margarita Rios

for the years ending December 31, 2007 and December 31, 2008, and December 31, 2009.

9. The testimony and documents sought by the above-described summons are not presently in the possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Code for issuance and service of a summons have been taken.

11. There is no "Justice Department referral" in effect with respect to Respondent or any other persons whose tax liability is at issue with regard to this summons for the tax years 2007, 2008, and 2009, as that term is defined in 26 U.S.C.§ 7602(d).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of June, 2010.

John Bealle
Revenue Agent

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

ORIGINAL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
Cristobal Rios

3-10CV-1880L

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Dallas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED SEP 20 2010 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

(c) Attorney's (Firm Name, Address, and Telephone Number)
A.L.Flick, SAUSA, TX St. Bar # 24042617
4050 Alpha Rd., Dallas, TX 75244 Tel. 972-308-7900

Attorneys (If Known)
Respondent's Address:
3603 Texas Drive, Dallas, TX 75211

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 U.S.C. Sections 7604(a) and 7402(a)
Brief description of cause:
Enforcement of IRS Summons

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) PENDING OR CLOSED
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____